# Court of Appeals of the State of Georgia

ATLANTA, __November 08, 2016__

*The Court of Appeals hereby passes the following order:*

**A17E0012. GLOVER v. THE STATE.**

Ronnie Glover has filed in this Court a Petition For a Writ of Mandamus, seeking the issuance of an order directing the trial judge to order the district attorney to respond to a pleading Glover filed and the trial court already purportedly ruled on.

We lack jurisdiction of this case. Mandamus is an extra ordinary remedy that falls within our Supreme Court's general appellate jurisdiction. See *Stendahl v. Cobb County*, 284 Ga. 525, n.1(668 SE2d 723) (2008); Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5). It is for the Supreme Court to determine whether Glover has properly complied with any requisite procedure to invoke its jurisdiction. See *Howard v. Fuller*, S08O0357(decided, November 30, 2007)(reiterating procedure to be followed before seeking to invoke Supreme Court's original jurisdiction to issue a writ of mandamus against a trial judge). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/08/2016__
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

Stephen E. Castlen